■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WESLEY MITCHELL, Appellant. [844 NYS2d 737]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered April 18, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree (three counts) and possession of burglar's tools.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY YAMAMURA, Appellant. [844 NYS2d 738]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 16, 2005. The judgment convicted defendant, upon his plea of guilty, of attempted grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.